United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT DELVON AUSTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPUTY SHUMAKHER, SAN FRANCISCO SHERIFF'S DEPT.,<br><br>        Defendants.<br>_____/ | No. C-12-0456 EMC (pr)<br><br>**ORDER EXTENDING DEADLINES** |

       Defendant's request for an extension of time to file an answer and a dispositive motion is **GRANTED**. (Docket # 10.) The answer filed on July 25, 2012 is deemed timely filed. The Court now sets these new deadlines for the dispositive motions:

       a.     No later than **December 14, 2012**, Defendant must file and serve a motion for summary judgment or other dispositive motion. If Defendant is of the opinion that this case cannot be resolved by summary judgment or other dispositive motion, Defendant must so inform the Court prior to the date the motion is due.

       b.     Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the Court and served upon Defendant no later than **January 18, 2013**.

       c.     Defendant's reply brief, if any must be filed no later than **February 1, 2013.**

       Although the Court provided a *Rand* notice regarding summary judgment in the order of service, Defendant must provide to Plaintiff a new *Rand* notice regarding summary judgment at the

time he files a motion for summary judgment. *See Woods v. Carey*, No. 09-15548, slip op. 7871, 7874 (9th Cir. July 6, 2012).

IT IS SO ORDERED.

Dated: August 1, 2012

_____
EDWARD M. CHEN
United States District Judge

2