**United States District Court**
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8    LAMONT DELVON AUSTIN,                    No. C-12-0456 EMC (pr)

9                Plaintiff,

10        v.                                  **ORDER DENYING PLAINTIFF'S**
                                              **REQUEST FOR EXTENSION OF TIME**
11   DEPUTY SHUMAKHER; SAN                    **TO FILE REPLY TO DEFENDANT'S**
     FRANCISCO SHERIFF'S DEPT.,               **ANSWER; AND DENYING**
12                                            **PLAINTIFF'S REQUEST FOR**
                Defendants.                   **APPOINTMENT OF COUNSEL**
13   _____/
                                              **(Docket No. 14)**
14

15

16        Plaintiff has requested an extension of time to file a reply to Defendant's answer to the

17   complaint.  The request is **DENIED**.  (Docket # 14.)  There is no responsive pleading required to an

18   answer, and the allegations therein are considered denied.  *See* Fed. R. Civ. P. 7(a), 8(b)(6).

19   Plaintiff has shown no need or reason to file a reply, in light of the fact that he is automatically

20   deemed to have denied the allegations of the answer.

21        Plaintiff also has requested that counsel be appointed to represent him in this action.

22   *See* Docket # 1-1, pp. 3-4.  A district court has the discretion under 28 U.S.C. §1915(e)(1) to

23   designate counsel to represent an indigent civil litigant in exceptional circumstances.  *See Wilborn v.*

24   *Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).  This requires an evaluation of both the likelihood

25   of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the

26   complexity of the legal issues involved.  *See id.*  Neither of these factors is dispositive and both must

27   be viewed together before deciding on a request for counsel under § 1915(e)(1).  Here, exceptional

28

1    circumstances requiring the appointment of counsel are not evident at this time.  The request for

2    appointment of counsel is **DENIED**.  (Docket # 14.)

3        This order disposes of Docket No. 14.

4

5        IT IS SO ORDERED.

6

7    Dated:  September 4, 2012

8                                                                   _____

9                                                                   EDWARD M. CHEN
                                                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California